# THE HYMAN LAW FIRM, LLP

LAWYERS SERVING THE PEOPLE SINCE 1953

**WILLIAM P. HATFIELD‡***
**E. HOOD TEMPLE**

PETER D. HYMAN (1927-1999)
REGINALD C. BROWN, JR. (1940-2010)
EVANDER G. JEFFORDS (Retired)

*American Board of Trial Advocates
‡Board Certified Civil Trial Specialist by The National Board of Trial Advocacy

170 Courthouse Square
Post Office Box 1770
Florence, SC 29503-1770
Telephone: (843) 662-5000
Fax: (843) 678-9273

Web: www.hymanlawfirm.com
E-Mail: wphatfield@hymanlawfirm.com

July 29, 2011

**VIA ELECTRONIC FILING**
Honorable J. Michelle Childs
US District Judge
300 East Washington Street
Greenville, SC 29601

> Re: Beverly Mott and Nora Lemons
> vs. KIA Motors America, Inc.
> and KIA Motors Corporation
> C/A # 4:09-CV-02736-JMC-TER
> Our Files # 2009158K &
> 2009158(1)K

Dear Judge Childs:

The Defendants have filed a Motion for Summary Judgment and a Motion *In Limine* regarding the deposition testimony of James Middleton, the Plaintiffs' engineering expert.

Subsequent to Mr. Middleton's deposition, we were made aware of additional evidence consisting of a repair order from the KIA dealership which had performed repairs on Mrs. Mott's KIA Sportage vehicle which proved to be inconsistent with earlier evidence obtained by Mr. Middleton in which he used to base his opinion of a positive defect in the manufacturing process as accounting for the sudden acceleration event.

Having made this additional information available to Mr. Middleton, he has stated that he can no longer defend the opinions set forth in a deposition previously given and for that reason, the Plaintiffs will not file a memorandum in opposition to the Defendants' motion.

With kindest regards, I am

Yours very truly,

WILLIAM P. HATFIELD

WPH:slh
cc:    C. Anthony Harris, Jr., Esquire
       Joel H. Smith, Esquire
       Mrs. Beverly Faye Mott
       Ms. Nora Lemons