# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Beverly Mott and Nora Lemons, ) | |
| ) | 4:09-cv-02736-JMC |
| Plaintiff(s), ) | |
| ) | |
| vs ) | |
| ) | |
| KIA Motors, Inc., and KIA Motors Corporation, ) | |
| ) | |
| Defendant(s). ) | |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered for Defendants KIA Motors, Inc. and KIA Motors Corporation and this action is hereby dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by a jury with Judge_____without a jury and the above decision was reached, rendered a verdict.

✔ decided by the Honorable J. Michelle Childs, United States District Judge, who grants Defendants' Motion for Summary Judgment.

                                                                             Larry W. Propes
                                                                       CLERK OF COURT

                                                       By s/Heather Ciccolella
                                                            Deputy Clerk

February 23, 2012